**SO ORDERED.**

**SIGNED this 12 day of August, 2013.**

_____
**Randy D. Doub**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: GARY LEON JOHNSON, SR. ) | CHAPTER 13 |
| AND SHERON VANTASSLE ) | CASE NO. 13-03841-8-RDD |
| HARRIS-JOHNSON, ) | |
| ) | |
| DEBTORS, ) | |

## CONSENT ORDER

On the date below came on for consideration the Motion of Carolina Finance LLC ("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. 362 *et seq.* to foreclose upon its lien and security instrument on a **2008 Toyota Camry LE SDN; Vehicle Identification No. 4T1BE46K98U764570**. The parties have entered into this agreement and stipulation to resolve the disputes between them. Leslie Locke Craft, Esq. represented the Debtors; Rebecca A. Leigh, Esq. represents the Movant; and Richard M. Stearns, Chapter 13 Trustee was represented. The Court, after considering the request in this case and having heard and considered the statements of counsel, finds that the parties have agreed to the terms of this Order; therefore, by and with the consent of the parties; it is

ORDERED that the **2008 Toyota Camry LE SDN; Vehicle Identification No. 4T1BE46K98U764570** is to be retained by the Debtors, subject to compliance with the terms of this order and any other orders of the Court; it is further,

ORDERED that the Debtor shall provide Carolina Finance LLC with an allowed secured claim in the amount of $12,186.90 and shall keep current all payments due to the Chapter 13 Trustee. Failure to make any said payment on or before the last day of the month during which said payment is due shall result in the termination of the automatic stay without further hearing, notice, or order of the Court; it is, further

ORDERED that the Trustee shall provide a secured claim to Movant in the amount of $501.00 representing attorney's fees and costs incurred. The Trustee is authorized to increase the Debtor's plan payments, increase the base amount of the plan or increase the term of the plan as

the Trustee determines necessary or appropriate to accommodate for payment of this claim amount added to the plan by this Consent Order and to ensure that the dividend to unsecured creditors is not affected by the entry of this Consent Order; it is, further

   ORDERED that in the event of the termination of the automatic stay per the terms of the Consent Order, the fourteen (14) day stay imposed by Bankruptcy Rule 4001 shall be and is hereby waived.

*(signatures on following page)*

CASE NO. 13-03841-8-RDD
PAGE ONE OF ONE

**AGREED:**

By:    /s/ Rebecca A. Leigh
       Rebecca A. Leigh
       Attorney for Carolina Finance, LLC
       301 S. Greene Str., Suite 201
       Greensboro, North Carolina 27401


By:    /s/ Leslie Locke Craft
       Leslie Locke Craft
       Attorney at Law
       3202-B Sunset Avenue
       Rocky Mount, NC 27804


**NO OBJECTION:**

By: /s/ Richard M. Stearns
    Richard M. Stearns
    1015 Conference Drive
    Greenville, NC 27858

End of Document